# United States Court of Appeals for the Fifth Circuit

---

No. 22-11033
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Aaron Oehlschlager,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-378-1

---

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Aaron Oehlschlager has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Oehlschlager has not filed a response to the brief but has moved for the appointment of new counsel. That motion is DENIED. *See* Fifth

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11033

CIRCUIT PLAN UNDER THE CRIMINAL JUSTICE ACT § 5(B); *see also United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.